HANSON BRIDGETT LLP
DAVINA PUJARI, SBN 183407
dpujari@hansonbridgett.com
MEGAN OLIVER THOMPSON, SBN 256654
moliverthompson@hansonbridgett.com
GEOFFREY R. PITTMAN, SBN 253876
gpittman@hansonbridgett.com

425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendants TETRA TECH EC,
INC. and TETRA TECH, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PROMETHEUS DORSEY,<br><br>       Plaintiff,<br><br>   v.<br><br>TETRA TECH EC, INC. (A DELAWARE CORPORATION) AND TETRA TECH, INC. (A DELAWARE CORPORATION),<br><br>       Defendants. | Case No. 4:18-cv-03623-HSG<br><br>**STIPULATION AND ORDER TO ADJUST BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**<br>**(Civ. L.R. 6-1(b), 6-2, and 7-12)**<br><br>Date:     January 16, 2020<br>Time:     2:00 p.m.<br>Courtroom:    2, 4th floor<br>Judge:    Hon. Haywood S. Gilliam, Jr. |

1       Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff PROMETHEUS DORSEY ("Plaintiff") and Defendants TETRA TECH EC, INC. ("TtEC") and TETRA TECH, INC. ("TTI") (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

      WHEREAS, Plaintiff filed and served his Second Amended Complaint on Defendants on July 23, 2019 (Dkt. No. 43);

      WHEREAS, Defendants timely filed and served their Motion to Dismiss Plaintiff's Second Amended Complaint on August 6, 2019 (Dkt. No. 44);

      WHEREAS, Plaintiff's current deadline to file his opposition to the Motion to Dismiss is August 20, 2019;

      WHEREAS, Defendants' current deadline to file their reply in support of the Motion to Dismiss is August 27, 2019;

      WHEREAS, the hearing date for Defendants' Motion to Dismiss is scheduled for January 16, 2020;

      WHEREAS, due to other personal and professional obligations of Defendants' counsel, as set forth in the accompanying Declaration of Geoffrey R. Pittman, the parties have agreed that Plaintiff shall have until September 12, 2019 to file his opposition to Defendants' Motion to Dismiss and Defendants will have until September 19, 2019 to file their reply in support of the Motion to Dismiss;

      WHEREAS, the agreed to adjustment to the briefing schedule on Defendants' Motion to Dismiss will not have any impact on any hearing or proceeding before the Court;

      WHEREAS, for the reasons set forth above, good cause exists to adjust the briefing schedule so that Plaintiff will oppose the Motion to Dismiss on or before September 12, 2019, and Defendants TtEC and TTI will file their reply papers on or before September 19, 2019.

      NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, through their respective counsel, that Plaintiff will oppose the Motion to Dismiss on or before September 12, 2019, and Defendants will file their reply papers on or before September 19, 2019. The hearing will remain scheduled for January 16, 2020, as previously noticed by

| | |
|---|---|
| 1 | Defendants. |

Respectfully submitted,

DATED: August 7, 2019                    HANSON BRIDGETT LLP


By: ___/s/ Geoffrey R. Pittman___
DAVINA PUJARI
MEGAN OLIVER THOMPSON
GEOFFREY R. PITTMAN
Attorneys for Defendants TETRA TECH EC, INC. and TETRA TECH, INC.


DATED: August 7, 2019                    LAW OFFICES OF MARK W. KELSEY


By: ___/s/ Mark W. Kelsey___
MARK W. KELSEY
Attorneys for Plaintiff PROMETHEUS DORSEY

## ATTESTATION (Civ. L.R. 5-1(i)(3))

Pursuant to Local Rule 5-1(i)(3), I, Geoffrey R. Pittman, attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The deadline for Plaintiff PROMETHEUS DORSEY to file his opposition to Defendants' TETRA TECH EC, INC. and TETRA TECH, INC.'s Motion to Dismiss is continued from August 20, 2019 to September 12, 2019. Defendants shall file their reply papers in support of their Motion to Dismiss on or before September 19, 2019. The hearing will remain scheduled for January 16, 2020.

Dated: 8/7/2019

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

Case No. 4:18-cv-03623-HSG
STIPULATION AND ORDER TO ADJUST BRIEFING SCHEDULE